IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


LISA C. CLARK                                                            PLAINTIFF

        v.                                  CIVIL NO. 08-5034

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT


## **J U D G M E N T**

For reasons stated in a memorandum opinion of this date, we hereby reverse the decision

of the Commissioner and remand this case for further consideration pursuant to sentence four

of 42 U.S.C. § 405(g).  **The parties have sixty days from entry of the judgment on the docket**

**in which to appeal.**

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access

to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See*

*Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 18th day of February 2009.



/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE